TBM



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-40-1F(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| DEANGELO DONNELL JACOBS ) | |

The Grand Jury Charges that:

COUNT ONE
*(Mailing threatening communication, 18 U.S.C. § 876(c))*

On or about October 13, 2011, in the Eastern District of North Carolina, the defendant, DEANGELO DONNELL JACOBS, did knowingly deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a written communication containing a threat to injure the person of the addressee.

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

_____
FOREPERSON

02/08/2012
DATE

THOMAS G. WALKER
United States Attorney

_____
THOMAS B. MURPHY
Assistant United States Attorney

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.